UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | |
|---|---|
| DEBOROH BLAKEMORE, )<br>    Plaintiff, )<br>)<br>VS. )<br>)<br>SHEREE BLAKEMORE MOSLEY and )<br>SMALL BUSINESS ADMINISTRATION, )<br>    Defendants. ) | CASE NO. 4:06-CV-60<br>JUDGE CARTER |

AGREED ORDER OF DISMISSAL

It appearing to the court, as evidenced by the signature of counsel, that the parties have settled all matters in controversy and that this matter should be DISMISSED WITH PREJUDICE. It further appearing, that the scheduling conference set for February 7, 2008 at 9:00 CST is now unnecessary and is CANCELED.

IT IS THEREFORE SO ORDERED.

Dated: January 24, 2008           *s/William B. Mitchell Carter*
                                                            UNITED STATES MAGISTRATE JUDGE

APPROVED FOR ENTRY:

/s/Andrew C. Rambo                                           /s/ Fannie J. Harris
Andrew C. Rambo      #3539                      Fannie J. Harris      #18983
Attorney for Plaintiff                             1130 Eight Avenue South
P.O. Box 129                                            Nashville, TN 37203
Shelbyville, TN 37162                       615-312-7274
931-684-6213

/s/ Dick Cummings
Dick Cummings      #6564
District Counsel
US Small Business Administration
50 Vantage Way, Suite 201
Nashville, TN 37228
615-736-5881 x226